**Electronically Filed
Supreme Court
SCWC-24-0000067
24-SEP-2025
01:22 PM
Dkt. 11 ODAC**

SCWC-24-0000067

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

STEPHEN BROWN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000067; CASE NO. 1CPC-17-0001731)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ, and
Circuit Judge Cataldo, in place of Recktenwald, C.J., recused)

Petitioner Stephen Brown's Application for Writ of

Certiorari, filed on August 11, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, September 24, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo

